U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 FEB 20 PM 4: 25

CLERK
BY  AL
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
) No. 2:25-cr-18-1
v. )
)
JUAN CARLOS JACINTO-RAMOS, )
Defendant. )

## INDICTMENT

### COUNT ONE

On or about February 9, 2025, in the District of Vermont, the defendant, JUAN CARLOS JACINTO-RAMOS, knowing and in reckless disregard of the fact that certain aliens had not received prior official authorization to come, enter, or reside in the United States, did bring to the United States, such aliens, for the purpose of private financial gain.

(8 U.S.C. § 1324(a)(2)(B)(ii))

## COUNT TWO

On or about February 9, 2025, in the District of Vermont, the defendant, JUAN CARLOS JACINTO-RAMOS, being an alien, did knowingly and illegally enter the United States at a place other than as designated by an immigration official.

(8 U.S.C. § 1325(a))



A TRUE BILL

_____
FOREPERSON

_/s/ Michael P. Drescher_
MICHAEL P. DRESCHER (MMA)
Acting United States Attorney
Burlington, Vermont
February 20, 2025